IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY CRAWFORD,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION,<br>  et al.,<br><br>    Defendants.<br>_____/ | No. C 09-03254 SBA (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE COMPLETED NON-PRISONER IFP APPLICATION** |

Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983. On that same date, the Clerk of the Court sent Plaintiff a notice directing him to pay the filing fee or to file a completed IFP application using the correct prisoner IFP application form.

The Court ordered Plaintiff to pay the filing fee or to submit a completed non-prisoner IFP application form, trust account statement and certificate of funds; however, to date, Plaintiff has not done so. Instead, Plaintiff has filed a document entitled, "Letter," which the Court construes as a request for an extension of time to file a completed non-prisoner IFP application. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may file a completed non-prisoner IFP application and submit the requisite documents will be extended up to and including **thirty (30) days** from the date of this Order.

**Failure to file the completed non-prisoner IFP application as ordered herein by the thirty-day deadline shall result in the dismissal of this action without prejudice.**

The Clerk of the Court shall send Plaintiff a blank non-prisoner IFP application form along with a copy of this Order.

IT IS SO ORDERED.

DATED: 12/17/09

                                            SAUNDRA BROWN ARMSTRONG
                                            United States District Judge

P:\PRO-SE\SBA\CR.09\Cranford3254.EOT-NP-IFP.wpd

<table>
<tr><td>1</td><td></td></tr>
<tr><td>2</td><td>UNITED STATES DISTRICT COURT</td></tr>
<tr><td>3</td><td>FOR THE</td></tr>
<tr><td>4</td><td>NORTHERN DISTRICT OF CALIFORNIA</td></tr>
</table>

| | | |
|---|---|---|
| 7 | TERRY CRAWFORD, | Case Number: CV09-03254 SBA |
| 8 | Plaintiff, | **CERTIFICATE OF SERVICE** |
| 9 | v. | |
| 10 | CA DEPT OF CORRECTIONS et al, | |
| 11 | Defendant.                                  / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Terry D. Cranford
600 Morgan Street
Santa Rosa, CA 95403

Dated: December 21, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

**United States District Court**
For the Northern District of California

P:\PRO-SE\SBA\CR.09\Cranford3254.EOT-NP-IFP.wpd        2