IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY CRAWFORD, | No. C 09-03254 SBA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| CALIFORNIA DEPT. OF CORRECTIONS, et al., | |
| Defendants. / | |

Plaintiff filed the present pro se prisoner complaint under 42 U.S.C. § 1983. On December 27, 2010, mail directed to Plaintiff by the Court was returned to the Clerk of the Court with a notation that it was undeliverable because the post office was "unable to forward" it to him at his last known address.[1]  To date, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. See L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. See L.R. 3-11(b).

More than sixty days have passed since the mail directed to Plaintiff by the Court was returned as undeliverable. The Court has not received a notice from Plaintiff of a new address. Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The Court has rendered its final decision on this matter, therefore, this Order TERMINATES Plaintiff's case.

IT IS SO ORDERED.

DATED:   3/2/11

SAUNDRA BROWN ARMSTRONG
United States District Judge

---

[1] On September 22, 2009, Plaintiff changed his address from San Quentin State Prison to 600 Morgan Street, Santa Rosa, California 95403, which is an out-of-custody address.

G:\PRO-SE\SBA\CR.09\Cranford3254.3-11Diss.wpd

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1

2   UNITED STATES DISTRICT COURT

3   FOR THE

4   NORTHERN DISTRICT OF CALIFORNIA

5

6

7   TERRY CRAWFORD,                                   Case Number: CV09-03254 SBA

8              Plaintiff,                             **CERTIFICATE OF SERVICE**

9      v.

10  CA DEPT OF CORRECTIONS et al,

11             Defendant.
                                            /

12

13  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

14  That on March 3, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
15  envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
    located in the Clerk's office.

16

17

18  Terry D. Cranford
    600 Morgan Street
19  Santa Rosa,  CA 95403

20  Dated: March 3, 2011
                                            Richard W. Wieking, Clerk
21                                          By: LISA R CLARK, Deputy Clerk

22

23

24

25

26

27

28

G:\PRO-SE\SBA\CR.09\Cranford3254.3-11Diss.wpd              2